**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

__Northern__  District of  __Georgia__
(State)

Case number (*If known*): _____  Chapter __7__

☐ Check if this is an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual
**12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1:  Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| | |
|---|---|
| 1. **Chapter of the Bankruptcy Code** | Check one:<br>☒ Chapter *7*<br>☐ Chapter 11 |

## Part 2:  Identify the Debtor

**2. Debtor's name**

Envistacom, LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

__4__ __5__ – __2__ __1__ __8__ __4__ __8__ __3__ __6__
EIN

**5. Debtor's address**

**Principal place of business**

2150 Boggs Road NW
Number      Street

Bldg. 300, Suite 300

Duluth                          GA      30096
City                            State    ZIP Code

Gwinnett
County

**Mailing address, if different**

2870 Peachtree Road, #502
Number      Street

P.O. Box

Atlanta                        GA      30305
City                            State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                            State    ZIP Code

Debtor   **Envistacom, LLC**
_____
Name

Case number _(if known)_ _____

---

| | | |
|---|---|---|
| 6. | **Debtor's website** (URL) | www.envistacom.com |

---

7. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other type of debtor. Specify: _____

---

8. **Type of debtor's business**

_Check one:_

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the types of business listed.

☐ Unknown type of business.

---

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No

☐ Yes. Debtor _____   Relationship _____

District _____ Date filed _____  Case number, if known _____
MM / DD / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____  Case number, if known _____
MM / DD / YYYY

---

### Part 3:   Report About the Case

---

10. **Venue**

_Check one:_

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

11. **Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

_At least one box must be checked_:

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☒ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  Envistacom, LLC
_____
Name

Case number (if known)_____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| MAG DS Corp. | Services rendered | $ 4,279,992.22 |
| Amentum Services, Inc. | Services rendered | $ 3,775,863.49 |
| SteelGate LLC | Services rendered | $ 122,922.24 |
| (Additional creditors on next page) | Total of petitioners' claims | $ (see next page) |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney.  Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

---

**Part 4:**  **Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Attorneys**

**Name and mailing address of petitioner**

MAG DS Corp.
_____
Name

12730 Fair Lakes Circle, Suite 600
_____
Number     Street

Fairfax _____ VA _____ 22033
City                            State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

Nicholas Veasey
_____
Name

12730 Fair Lakes Circle, Suite 600
_____
Number     Street

Fairfax _____ VA _____ 22033
City                            State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/20/2023
             MM / DD / YYYY

**X** _____ CFO
Signature of petitioner or representative, including representative's title

Matthew W. Levin
_____
Printed name

Scroggins & Williamson, P.C.
_____
Firm name, if any

4401 Riverside Parkway, Suite 450
_____
Number     Street

Atlanta _____ GA _____ 30327
City                            State          ZIP Code

Contact phone  (404) 893-3880   Email mlevin@swlawfirm.com

Bar number  448270

State  GA

**X** /s/ Matthew W. Levin
_____
Signature of attorney

Date signed  03/20/2023
             MM / DD / YYYY

Official Form 205              Involuntary Petition Against a Non-Individual                     page 3

| Debtor | Envistacom, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Momentum Decisive Solutions USA, Inc. | Equipment Leasing | $ 3,900.00 |
| | L3 Technologies, Inc. | Services Rendered | $ 494,030.00 |
| | | | $ |
| | | Total of petitioners' claims | $ 8,676,707.95 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:   Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Amentum Services, Inc.
Name

4800 Westfields Blvd., Suite 400
Number   Street

Chantilly                VA        20151
City                          State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Mark Esposito
Name

4800 Westfields Blvd, Suite 400
Number   Street

Chantilly                VA        20151
City                          State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/20/2023
MM / DD / YYYY

X _____  SVP
Signature of petitioner or representative, including representative's title

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City                          State     ZIP Code

_____
Contact phone _____  Email _____

_____
Bar number

State _____

X _____
Signature of attorney

Date signed _____
MM / DD / YYYY

Official Form 205                    Involuntary Petition Against a Non-Individual                    page 3

Debtor  Envistacom, LLC
_____
Name

Case number (if known)_____

---

**Name and mailing address of petitioner**

SteelGate LLC
_____
Name

21525 Ridgetop Cir.
_____
Number   Street

Sterling              VA          20166
_____
City                  State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

John P. Curran
_____
Name

21525 Ridgetop Cir.
_____
Number   Street

Sterling              VA          20166
_____
City                  State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/20/2023
MM / DD /YYYY

✗ _____  CEO
Signature of petitioner or representative, including representative's title

Printed name
_____

Firm name, if any
_____

Number   Street
_____

City                  State       ZIP Code
_____

Contact phone _____  Email _____

Bar number _____

State _____

✗
Signature of attorney
_____

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Momentum Decisive Solutions USA, Inc.
_____
Name

101 W. Park Ave., Suite C
_____
Number   Street

Greenville            SC          29601
_____
City                  State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Kyle Dennhardt
_____
Name

101 W. Park Ave., Suite C
_____
Number   Street

Greenville            SC          29601
_____
City                  State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/20/2023
MM / DD /YYYY

✗ _____  CFO
Signature of petitioner or representative, including representative's title

Printed name
_____

Firm name, if any
_____

Number   Street
_____

City                  State       ZIP Code
_____

Contact phone _____  Email _____

Bar number _____

State _____

✗
Signature of attorney
_____

Date signed _____
MM / DD / YYYY

---

Debtor    Envistacom, LLC
Name

Case number (if known)

**Name and mailing address of petitioner**
L3 Technologies, Inc.
Name

640 North 2200 West, P.O. Box 16850
Number    Street

Salt Lake City                    UT          84116-0850
City                              State        ZIP Code

**Name and mailing address of petitioner's representative, if any**
Matthew Allen
Name

640 North 2200 West, P.O. Box 16850
Number    Street

Salt Lake City                    UT          84116-0850
City                              State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/20/2023
             MM / DD / YYYY

x _____    Director of
                             FP&A
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City                    State    ZIP Code

Contact phone _____    Email _____

Bar number

State

x _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

Name

Number    Street

City                    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

x _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number    Street

City                    State    ZIP Code

Contact phone _____    Email _____

Bar number

State

x _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Official Form 205              Involuntary Petition Against a Non-Individual              page 4