**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Involuntary Chapter 7** |
| | ) | |
| | ) | |
| **ENVISTACOM, LLC.** | ) | **Case No. 23-52696-jwc** |
| | ) | |
| **Alleged Debtor.** | ) | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Atlantic Dive Shop, Inc. d/b/a ADS, Inc. ("**ADS**") herein and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon:

>Henry F. Sewell, Jr., Esq.
>Law Offices of Henry F. Sewell, Jr., LLC
>2964 Peachtree Road, Suite 555
>Atlanta, GA 30305
>Telephone: (404) 926-0053
>Email: hsewell@sewellfirm.com

**PLEASE TAKE FURTHER NOTICE** that ADS intends that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive: (1) ADS' right to have final orders in noncore matters entered only after de novo review by a District Judge; (2) ADS' right to trial by jury in any proceeding so triable in this case; (3) ADS' right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs, or recoupments to which ADS is or may be entitled, under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments ADS expressly reserve.

Dated this 30th day of March, 2023.

>Respectfully submitted,
>
>/s/ *Henry F. Sewell, Jr.*
>Henry F. Sewell, Jr.
>Georgia Bar No. 636265

Law Offices of Henry F. Sewell, Jr. LLC
2964 Peachtree Road, Suite 555
Atlanta, GA 30305
Telephone: (404) 926-0053; Email: hsewell@sewellfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of March, 2023, the foregoing *Notice of Appearance* was electronically filed using the Court's CM/ECF system, which sends a notice of this document and an accompanying link to this document to all counsel of record registered in this case through CM/ECF.

/s/ *Henry F. Sewell*
Henry F. Sewell, Jr.
Georgia Bar No. 636265