IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>ENVISTACOM, LLC<br><br>    Debtor. | CASE NO. 23-52696-jwc<br><br>CHAPTER 7 |
| ACTION CAPITAL CORPORATION,<br><br>    Movant,<br><br>v.<br><br>ENVISTACOM, LLC,<br><br>    Respondent. | CONTESTED MATTER |

## AMENDED NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on March 30, 2023, Action Capital Corporation ("Action Capital") filed *Action Capital Corporation's Motion for Relief from the Automatic Stay* (DE 6) and related papers (the "Motion") with the Court seeking an order modifying and terminating the automatic stay with respect to certain collateral to permit Action Capital to exercise all rights and remedies with respect to such collateral.

**PLEASE TAKE FURTHER NOTICE** that the *Notice of Hearing* accompanying such Motion inadvertently omitted the year (2023) of the hearing on the Motion. This *Amended Notice of Hearing* is solely to correct that omission.

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the Motion at the following number: 833-568-8864 (Meeting ID 160 459 5648), at 10:00 A.M. on April 13, 2023, in Courtroom 1203, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

If a hearing on the Motion cannot be held within thirty (30) days, Action Capital waives the requirement for holding a preliminary hearing within thirty days of filing the motion and agrees to a hearing on the earliest possible date. Action Capital consents to the automatic stay remaining in effect until the Court orders otherwise.

Dated: March 30, 2023

**PARKER, HUDSON, RAINER & DOBBS LLP**

By:  */s/ Eric W. Anderson*
ERIC W. ANDERSON
Georgia Bar No. 016810
MATTHEW G. ROBERTS
Georgia Bar No. 367914
303 Peachtree Street, N.E.
Suite 3600
Atlanta, Georgia 30308
Tel: (404) 523-5300
Fax: (404) 522-8409
eanderson@phrd.com
mroberts@phrd.com

*Attorneys for Action Capital Corporation*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing AMENDED NOTICE OF HEARING with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record entitled to such service. I have also on this day caused a copy of the foregoing to be placed in first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system:

Office of the United States Trustee
Region 21
75 Ted Turner Drive, SW, Suite 362
Atlanta, GA 30303-3315

Envistacom, LLC
Attn: Officer for Receiving Service of Process
2150 Boggs Road
Bldg. 300, Suite 300
Duluth, GA 30096-5822

MAG DS Corp.
Attn: Nicholas Veasey, CFO
12730 Fair Lakes Circle, Suite 600
Fairfax, VA 22033-4901

Momentum Decisive Solutions USA, Inc.
Attn: Kyle Dennhardt, CFO
101 W. Park Ave., Suite C
Greenville, SC 29601-1513

Amentum Services, Inc.
Attn: Mark Eposito, SVP
4800 Westfields Blvd., Suite 400
Chantilly, VA 20151-4247

L3 Technologies, Inc.
Attn: Matthew Allen, Director of FP&A
640 North 2200 West
P.O. Box 16850
Salt Lake City, UT 84116-0850

SteelGate LLC
Attn: John P. Curran, CEO
21525 Ridgetop Cir.
Sterling, VA 20166-8518

Envistacom, LLC
c/o C T Corporation System, Reg. Agent
289 S. Culver St.
Lawrenceville, GA 30046-4805

I hereby further certify that I have on this day caused a copy of (i) the foregoing *and* (ii) ACTION CAPITAL CORPORATION'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DE 6) to be placed in first-class United States mail, postage prepaid, addressed to the following recipient not participating in the CM/ECF system:

Trace Systems, Inc.
Attn: Officer for Receiving Service of Process
1934 Old Gallows Road
Suite 600
Vienna, Virginia 22182

2

The 30th day of March, 2023.

          */s/Eric W. Anderson*
          ERIC W. ANDERSON
          Georgia Bar No. 016810

**PARKER, HUDSON, RAINER & DOBBS LLP**
303 Peachtree Street NE
Suite 3600
Atlanta, Georgia 30308
Tel: (404) 523-5300
Fax: (404) 522-8409

2