**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| ENVISTACOM, LLC, | ) | Case No. 23-52696-jwc |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL PAPERS

**PLEASE TAKE NOTICE** that, pursuant to sections 342 and 762 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), McDermott Will & Emery LLP appears in the above-captioned chapter 7 case on behalf of Envistacom, LLC ("Envistacom").  The undersigned requests that all notices given or required to be given and all documents served or required to be served in the above-captioned case be given and served upon:

>Daniel M. Simon (Georgia Bar No. 690075)
>**MCDERMOTT WILL & EMERY LLP**
>1180 Peachtree St. NE, Suite 3350
>Atlanta, Georgia 30309
>Telephone: (404) 260-8535
>Facsimile:  (404) 393-5260
>Email:     dmsimon@mwe.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, order, pleading or other request, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, electronic mail or otherwise, that is filed or given in connection with the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of Envistacom, including, without limitation: (i) to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Northern District of Georgia (the "District Court"); (ii) to have a trial by jury in any proceeding so triable in this chapter 7 case or any case, controversy, or proceeding related to this chapter 7 case; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which Envistacom may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated:  Atlanta, Georgia
April 5, 2023

**MCDERMOTT WILL & EMERY LLP**

*/s/ Daniel M. Simon*
Daniel M. Simon (Georgia Bar No. 690075)
1180 Peachtree St. NE, Suite 3350
Atlanta, Georgia 30309
Telephone:    (404) 260-8535
Facsimile:      (404) 393-5260
Email:            dmsimon@mwe.com

*Counsel for Envistacom, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, the foregoing *Notice of Appearance and Request for Service of All Papers* was served (i) upon all parties that are registered or otherwise entitled to receive electronic notices via the CM/ECF system for the United States Bankruptcy Court for the Northern District of Georgia in the foregoing proceeding, including the parties listed below, and (ii) upon such other parties and by such other means as noted below.

Dated: Atlanta, Georgia
April 5, 2023

*/s/ Daniel M. Simon*
Daniel M. Simon (Georgia Bar No. 690075)
McDERMOTT WILL & EMERY LLP
1180 Peachtree St. NE, Suite 3350
Atlanta, Georgia 30309
Telephone:   (404) 260-8535
Facsimile:    (404) 393-5260
Email:         dmsimon@mwe.com

*Counsel for Envistacom, LLC*

Matthew W. Levin
Scroggins & Williamson, P.C.
4401 Riverside Parkway
Suite 450
Atlanta, Georgia 30327
E-mail: mlevin@swlawfirm.com

***VIA ECF***

Henry F. Sewell
Law Offices of Henry F. Sewell, Jr., LLC
2964 Peachtree Road
Suite 555
Atlanta, Georgia 30305
E-mail: hsewell@sewellfirm.com

***VIA ECF***

Eric W. Anderson
Matthew G. Roberts
Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree St. NE
Suite 3600
Atlanta, Georgia 30308
E-mail: eanderson@phrd.com
           mroberts@phrd.com

***VIA ECF***

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

***VIA FIRST CLASS U.S. MAIL***

3