**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>ENVISTACOM, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-52696-JWC |

### **NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that Heather D. Brown hereby files an appearance pursuant to Bankruptcy Rule 9010 in connection with the above-captioned case on behalf of creditor Linchpin Solutions, Inc.

PLEASE TAKE FURTHER NOTICE that the undersigned hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned using the following contact information.

Heather D. Brown
Brown Law, LLC
138 Bulloch Avenue
Roswell, Georgia 30075
Telephone: (404) 994-4300
Email: heather@hdbrownlaw.com

The foregoing request includes, without limitation, orders and notices of all filings with respect to any application, motion, petition, pleadings, requests, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telecopy, email or otherwise, which affects or seeks to affect in any way, any rights or interests of the debtor or any creditor, equity security holder, party in interest, and/or any other person or entity.

This 6th day of April 2023.

Respectfully submitted,

**BROWN LAW, LLC**

_____/s/_____
Heather D. Brown
Georgia Bar No. 100169

138 Bulloch Avenue
Roswell, Georgia 30075
Telephone: (404) 994-4300
Email: heather@hdbrownlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 6th day of April 2023, I electronically filed and served the foregoing

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES** using the Court's CM/ECF

system, which will deliver a copy to all attorneys of record.

**BROWN LAW, LLC**

_____/s/_____
Heather D. Brown
Georgia Bar No. 100169

138 Bulloch Avenue
Roswell, Georgia 30075
Telephone: (404) 994-4300
Email: heather@hdbrownlaw.com