**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| ENVISTACOM, LLC,[1] | Case No. 23-52696-jwc |
| Debtor. | **Related to Docket No. 220** |

**NOTICE OF (I) ENTRY OF ORDER CONFIRMING DEBTOR'S SECOND MODIFIED FIRST AMENDED COMBINED DISCLOSURE STATEMENT AND CHAPTER 11 PLAN OF LIQUIDATION AND (II) OCCURRENCE OF EFFECTIVE DATE**

**PLEASE TAKE NOTICE** that, on November 15, 2023, the Honorable Jeffrey W. Cavender, United States Bankruptcy Judge for the United States Bankruptcy Court for the Northern District of Georgia (the "Court"), entered an order [Docket No. 220] (the "Confirmation Order"), confirming the *Debtor's Second Modified First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 220-1] (as amended, modified, or supplemented, the "Plan")[2] of the above captioned debtor and debtor-in-possession (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on January 8, 2024. Each of the conditions precedent to consummation of the Plan enumerated in Article XIII.B of the Plan has been satisfied or waived pursuant to Article XIII.D of the Plan.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Confirmation Order, the release, injunction, and exculpation provisions in Article XIV of the Plan are now in full force and effect.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of Professional Fee Claims must be filed with the Court and served on counsel for the Liquidating Trustee and counsel for the U.S. Trustee by February 22, 2024, which is the date 45 days after the Effective Date.

**PLEASE TAKE FURTHER NOTICE** that requests for payment of an Administrative Expense Claim must be filed with the Court and served on the Liquidating Trustee and its counsel by February 7, 2024, which is the date 30 days after the Effective Date.

---

[1] The last four digits of Envistacom, L.L.C.'s federal employer identification number are 4836. The service address for Envistacom, L.L.C. is 2870 Peachtree Road, #502, Atlanta, Georgia 30305.

[2] Capitalized terms used not but otherwise defined herein shall have the meanings ascribed to them in the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan, the Plan Supplement, the Confirmation Order, and any other document filed in this chapter 11 case may be examined by any party-in-interest at the Debtor's case website (http://dm.epiq11.com/Envistacom); or at the Bankruptcy Court's website (www.ganb.uscourts.gov) (a PACER account is required). Such documents may also be obtained by written request to Epiq Corporate Restructuring, LLC at Envistacom@epiqglobal.com.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Confirmation Order contain other provisions that may affect your rights. You are encouraged to review the Plan and the Confirmation Order in their entirety.

Dated: Atlanta, Georgia
January 9, 2024

**MCDERMOTT WILL & EMERY LLP**

*/s/ Daniel M. Simon*
Daniel M. Simon (Georgia Bar No. 690075)
1180 Peachtree St. NE, Suite 3350
Atlanta, Georgia 30309
Telephone:    (404) 260-8535
Facsimile:    (404) 393-5260
Email:    dsimon@mwe.com

- and -

Emily C. Keil (admitted *pro hac vice*)
444 West Lake Street, Suite 4000
Chicago, Illinois 60606
Telephone:    (312) 372-2000
Facsimile:    (312) 984-7700
Email:    ekeil@mwe.com

*Counsel for Debtor and Debtor-in-Possession*

2